# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:09cv220

| | |
|---|---|
| BLACK PALM DEVELOPMENT CORPORATION, )<br>)<br>Appellant, )<br>)<br>vs. )<br>)<br>DALE BARLAGE, )<br>)<br>Appellee. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the Appellee's Motion for Special Admission of Attorney Kevin W. Rouse Pursuant to Local Civil Rule 83.1(d)(2) [Doc. 3], filed September 2, 2009.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Appellee's Motion [Doc. 3] is **ALLOWED**, and Kevin W. Rouse is hereby granted special admission to the bar of this Court without association of local counsel, payment of the admission fee having been received by the Clerk.

**IT IS FURTHER ORDERED** that Kevin W. Rouse shall register for an Electronic Case Filing (ECF) account within ten (10) days of the entry of this Order.

**IT IS SO ORDERED**.

Signed: September 3, 2009

Martin Reidinger
United States District Judge